No. 938. HAHN *v.* ROSS ISLAND SAND & GRAVEL Co. Supreme Court of Oregon. Certiorari granted. *Herbert C. Hardy* for petitioner. *Robert T. Mautz* for respondent.

No. 939. NEW YORK *v.* O'NEILL. Supreme Court of Florida. Certiorari granted. *Richard W. Ervin,* Attorney General of Florida, *Reeves Bowen,* Assistant Attorney General, and *Frank S. Hogan* for petitioner.

No. 889. JACKSON *v.* ALLEN INDUSTRIES, INC. C. A. 6th Cir. Certiorari denied. *Joseph H. Bourgon* for petitioner. *Howard M. Lubbers* for respondent. *Solicitor General Rankin, Assistant Attorney General Doub,* and *Samuel D. Slade* filed a brief for the United States, as *amicus curiae,* urging that the petition for certiorari be denied.

No. 896. BERSWORTH ET AL. *v.* WATSON, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ellsworth H. Mosher* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, B. Jenkins Middleton* and *J. Schimmel* for respondent.

No. 898. McKINNEY *v.* KELLEY. Supreme Court of Vermont. Certiorari denied. *Albert G. Avery* for petitioner.